372 A.2d 418

Commonwealth v. Fennell, Appellant.

Submitted December 16, 1975. Joseph Litt, for appellant; Hugh J. Colihan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.